IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CODY MICHAEL ROBERTS,

    Plaintiff,

v.

    Case No. 20-cv-187-jdp

SUE NOVAK, BRIAN GUSTKE,
BRYAN T. GERRY, AUSTIN SCHLACHTER,
ANDREW JAMES JEZUIT, JASON KOEHN, SHAYNE
S. LOYD, ALEXANDER T. YOUNGER, JEFFREY
NGUYEN, JEFF G. REWEY, KENNETH DAVIS,
SHELDON BEST, VICTORIA POOLE, TERESA
GAIER, and NURSE JEREMY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Cody Michael Roberts' claims against Brian Gustke, Nurse Jeremy, Shaynes S. Loyd, Jeffrey Nguyen, Sue Novak, Jeff G. Rewey, Alexander T. Younger, Kenneth Davis, Teresa Gaier, Bryan Gerry, Austin Schlachter, Victoria Poole and Sheldon Best.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Andrew James Jezuit and Jason Koehn in accordance with the jury's verdict.

Approved as to form this _1ST_ day of October, 2021.

_____
James D. Peterson
District Judge

_____    _10/1/21_
Peter Oppeneer, Clerk of Court    Date