Cody M. Roberts, Plaintiff

v.

Andrew Jezuit, Sheldon Best, Jason Koehn, defendants,

Case. 20 cv 187 Jdp.

## NOTICE OF APPeal of Judgment

On October 1st 2021 Judgment in favor of defendants was entered.

Plaintiff moves to appeal this Judgment, mainly on suppressed evidence, that was brought to light during questioning of captain Best on trial, under oath.

This is one of many meritol issues.

Cody Roberts