IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CODY MICHAEL ROBERTS,

                      Plaintiff,

  v.

ANDREW JAMES JEZUIT,

                      Defendant.

ORDER

20-cv-187-jdp

---

      The court of appeals vacated the portion of the judgment in favor of defendant Andrew Jezuit. *See Roberts v. Jezuit*, No. 21-3022, 2022 WL 4095776 (7th Cir. Sept. 7, 2022). The court concluded that counsel should have been recruited for plaintiff Cody Michael Roberts to assist with the summary judgment and trial stages of the case regarding his claim that Jezuit used excessive force against him. *Id.* So I will now attempt to recruit pro bono counsel to represent Roberts.

      If I find counsel willing to represent Roberts, I will advise the parties of that fact. Soon thereafter, a status conference will be held to set a new schedule; Roberts will be given a chance to file a motion for summary judgment, and if that motion is not granted, the court will hold another trial.

      I advise Roberts that the search for counsel may take several months and there is no guarantee that the court will find counsel willing to represent him.

ORDER

IT IS ORDERED that the case is STAYED pending recruitment of counsel for plaintiff Cody Michael Roberts.

Entered October 3, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge